UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLAIR HULL,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HUNTINGTON BEACH, et al.,<br><br>    Defendants. | Case No. 8:18-cv-01699 DSF (KES)<br><br>ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO UPDATE CONTACT INFORMATION |

**A. <u>Plaintiff Has Not Updated Her Contact Information.</u>**

Plaintiff Blair Hull ("Plaintiff") filed this action in September 2018 represented by attorney Robert McKernan of Allen and McKernan APC. (Dkt. 1) In November 2019, Mr. McKernan withdrew as counsel so that Plaintiff could represent herself. (Dkt. 29, 30.) Mr. McKernan provided the following address for Plaintiff: Century Regional Detention Facility, 11705 Alameda Street, Los Angeles, CA, 90059. (Dkt. 30.)

In January 2020, Defendants filed a notice alerting the Court that they had attempted to send discovery-related correspondence to Plaintiff at that address, but it was returned undelivered. (Dkt. 31.) When they consulted the Los Angeles Sheriff's online inmate locator, they learned that Plaintiff had been released from

1

custody in November 2019. (Id. at 2.)

In February 2020, Defendants again attempted to contact Plaintiff. They filed a status report advising the Court that they still have no contact information for Plaintiff. (Dkt. 35.)

**B. The Local Rules Require Plaintiff to Update Her Contact Information.**

Both Local Rule 41-6 and 83-2.4 require a pro se party to keep the Court and opposing counsel apprised of the party's current contact information and of any changes to that contact information within 5 days of any change. Local Rule 83-2.2.4 provides that a pro se party's failure to comply with these Local Rules may be grounds for dismissal.

Here, Plaintiff signed a form acknowledging that she intended to represent herself. (Dkt. 29.) Since that time, she has failed to keep the Court and Defendants apprised of her current contact information, preventing Defendants from conferring with her about outstanding discovery and other case management issues. This has delayed the proceedings and created inefficiencies from the Court and Defendants.

**C. Order to Show Cause ("OSC").**

**On or before March 20, 2020**, Plaintiff is ordered to show cause, if any she has, why this lawsuit should not be dismissed due to Plaintiff's failure to comply with the above-cited Local Rules. Plaintiff may discharge this OSC by filing a written notice that provides (1) her current mailing address and, if available, a telephone number and email address, and (2) an explanation of why she failed to update her contact information earlier.

The Clerk of Court shall email this OSC to Mr. McKernan at rkmlegal2@gmail.com, and he shall relay it to Plaintiff if he has current contact information for her.

///
///
///

Failure to timely respond to this OSC will likely result in the dismissal of the case with prejudice for failure to comply with the Local Rules, failure to comply with this OSC, and failure to prosecute.

IT IS SO ORDERED.

DATED: March 6, 2020

*Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

Presented by:

*Karen E. Scott*
KAREN E. SCOTT
United States Magistrate Judge