JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BLAIR HULL,

     Plaintiff,

v.

CITY OF HUNTINGTON BEACH, et al.,

     Defendants.

Case No.  8:18-cv-01699-DSF (KES)

**JUDGMENT**

     Pursuant to the Court's Order dismissing the action with prejudice for failure to comply with Local Rules, failure to comply with the OSC, and failure to prosecute, IT IS ADJUDGED that this action is dismissed with prejudice.

     IT IS SO ORDERED.

DATED:  April 1, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE